# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **ORANA S. NEECE,** | ) |
| Plaintiff, | ) Case No. 2:22CV00003 |
| v. | ) **JUDGMENT** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) Judge James P. Jones |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: May 25, 2023

/s/ James P. Jones
Senior United States District Judge